UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Reginald Karl Warren | ) | **Motion and Notice** |
| Nichole Rogers Warren | ) | **Chapter 13** |
| | ) | |
| | ) | No. B-07-81414 C-13D |
| Debtors | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

On February 7, 2008, the Debtors' Plan was confirmed and provided for Plan payments of $2,863.00 per month and a 100% dividend to unsecured creditors. The Standing Trustee has reviewed the Debtors' Plan and the Plan payments require an increase to $2,972.00 per month for the Plan to complete within the 60 month time limitation found in 11 U.S.C. §1322(d).

The Standing Trustee respectfully recommends to the Court that an Order be entered modifying the Debtors' Plan to provide for Plan payments of $2,972.00 per month effective with the payment due for May, 2008.


Date: March 13, 2008                                                                    s/Richard M. Hutson, II
  lp                                                                                                     Standing Trustee

--------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before <u>April 14, 2008</u>, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on <u>April 24, 2008</u>, at <u>11:00 a.m.</u>, in the following location:

*Courtroom, First Floor*
*Durham Centre Building*
*300 West Morgan Street*
*Durham, NC 27701*

Date: March 13, 2008                                                                    OFFICE OF THE CLERK
                                                                                                        U.S. Bankruptcy Court

ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER