```
                    UNITED STATES BANKRUPTCY COURT
                      Middle District of North Carolina

IN RE:
   REGINALD KARL WARREN                          CASE NO. 07-81414
   NICHOLE ROGERS WARREN                         JUDGE William L. Stocks
   602 WEEPING WILLOW DRIVE
   DURHAM NC
                              27704             DATE: 04/30/08
        Debtor(s)

---SSN(1)XXX-XX-1459 SSN(2)XXX-XX-9062-------------------------------------

                         REPORT OF FILED CLAIMS
----------------------------------------------------------------------------


     Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs  of claim
filed in this case and objected to the allowance of such claims as  appeared  to
be improper except where no purpose would have been served  by  such  objection.
After such examination and objections, if any, the trustee  states  that  claims
should be deemed allowed or "not filed" as indicated below.


----------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
----------------------------------------------------------------------------
ABSOLUTE COLLECTION SERVICE                  .00    Unsecured
333 FAYETTEVILLE ST MALL #1100          INT:  .00%  NOT FILED
RALEIGH NC                              091824      ACCT:
                              27601-1742    0014    COMM:
----------------------------------------------------------------------------
CONDOR CAPITAL CORP                      20,658.47  VEHICLE
800 SOUTH OYSTER BAY ROAD               INT: 9.50%
HICKSVILLE NY                           089157      ACCT:51861
                              11801-0000    0001    COMM:05 JEEP CHEROKEE
----------------------------------------------------------------------------
CREDIT BUREAU                                .00    NOTICES ONLY
P O BOX 26140                           INT:  .00%  NOT FILED
GREENSBORO NC                           116929      ACCT:
                              27402-0000    0024    COMM:
----------------------------------------------------------------------------
CREDIT BUREAU OF GREENSBORO                  .00    NOTICES ONLY
P O BOX 26140                           INT:  .00%  NOT FILED
GREENSBORO NC                           086884      ACCT:
                              27402-0000    0015    COMM:
----------------------------------------------------------------------------
CREDIT FINANCIAL SERVICES                    .00    Unsecured
P O BOX 451                             INT:  .00%  NOT FILED
DURHAM NC                               082394      ACCT:1020660002664050
                              27702-0451    0016    COMM:
----------------------------------------------------------------------------
CSDDUR                                       .00    Unsecured
P O BOX 530                             INT:  .00%  NOT FILED
DURHAM NC                               099114      ACCT:
                              27702-0530    0017    COMM:
----------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
DUKE UNIV FEDERAL CREDIT UNION               .00    Unsecured
1400 MORREENE ROAD                   INT:    .00%   NOT FILED
DURHAM NC                              022737       ACCT:1000000202329
                             27705-0000    0018     COMM:
------------------------------------------------------------------------------
DURHAM CITY/COUNTY TAX COLLECT               .00    NOTICES ONLY
P O BOX 3397                         INT:    .00%   NOT FILED
DURHAM NC                              080868       ACCT:
                             27701-0000    0008     COMM:
------------------------------------------------------------------------------
DURHAM COUNTY REGISTER OF DEED             28.00    Special Cost Item
COUNTY JUDICIAL BUILDING             INT:    .00%
DURHAM NC                              012700       ACCT:
                             27702-0000    0032     COMM:RECORD NOTICE
------------------------------------------------------------------------------
EMC MORTGAGE CORP                       1,326.59    CONTINUING DEBT
P O BOX 293150                       INT:    .00%
LEWISVILLE TX                          143022       ACCT:7625/REG PYMT
                             75029-3150    0002     COMM:1ST DEED/TRUST (RES)
------------------------------------------------------------------------------
EMC MORTGAGE CORP                            .00    NOTICES ONLY
P O BOX 293150                       INT:    .00%   NOT FILED
LEWISVILLE TX                          143022       ACCT:
                             75029-3150    0028     COMM:
------------------------------------------------------------------------------
EMC MORTGAGE CORP                      19,230.39    ARREARS-MORTGAGES/MOBILE HOME
P O BOX 293150                       INT:    .00%
LEWISVILLE TX                          143022       ACCT:7625/ARREARS
                             75029-3150    0030     COMM:ARREARS/1ST D/T(RES)
------------------------------------------------------------------------------
EMPLOYMENT SECURITY COMMISSION               .00    NOTICES ONLY
ATTN BENEFIT PAYMENT CONTROL         INT:    .00%   NOT FILED
P O BOX 26504                          406559       ACCT:
RALEIGH NC                   27611-6504    0019     COMM:
------------------------------------------------------------------------------
GUNTER & FLOWERS PLLC                        .00    NOTICES ONLY
123 GLENWOOD AVE                     INT:    .00%   NOT FILED
RALEIGH NC                             126024       ACCT:REP:SUMMER MEADOW
                             27603-0000    0004     COMM:REP:SUMMER MEADOW
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                     .00    NOTICES ONLY
P O BOX 21126                        INT:    .00%   NOT FILED
PHILADELPHIA PA                        010052       ACCT:
                             19114-0000    0009     COMM:
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                  210.21    Priority
P O BOX 21125                        INT:    .00%
PHILADELPHIA PA                        010053       ACCT:XXX-XX-1459
                             19114-0325    0026     COMM:06 INCOME TAX
------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
--------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE                    1.04    Unsecured
P O BOX 21125                          INT:   .00%
PHILADELPHIA PA                           010053    ACCT:XXX-XX-1459
                              19114-0325    2026    COMM:PENALTY
--------------------------------------------------------------------------------
NC CHILD SUPPORT                             .00    NOTICES ONLY
CENTRALIZED COLLECTIONS                INT:   .00%  NOT FILED
P O BOX 900006                            066666    ACCT:
RALEIGH NC                    27675-9006    0007    COMM:
--------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    NOTICES ONLY
BANKRUPTCY UNIT/OFFC SERV DIV          INT:   .00%  NOT FILED
P O BOX 1168                              010055    ACCT:
RALEIGH NC                    27602-1168    0011    COMM:
--------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    NOTICES ONLY
% NC DEPARTMENT OF JUSTICE             INT:   .00%  NOT FILED
P O BOX 629                               065002    ACCT:REP:NC DEPT OF REV
RALEIGH NC                    27602-0629    0012    COMM:REP:NC DEPT OF REV
--------------------------------------------------------------------------------
NC DEPARTMENT OF REVENUE                     .00    NOTICES ONLY
% REGINALD S HINTON                    INT:   .00%  NOT FILED
P O BOX 25000                             042496    ACCT:REP:NC DEPT OF REV
RALEIGH NC                    27640-5000    0013    COMM:REP:NC DEPT OF REV
--------------------------------------------------------------------------------
NC EMPLOYMENT SECURITY COMM                  .00    NOTICES ONLY
P O BOX 26504                          INT:   .00%  NOT FILED
RALEIGH NC                                053112    ACCT:
                              27611-0000    0025    COMM:
--------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOCIATES             693.60    Unsecured
P O BOX 12914                          INT:   .00%
NORFOLK VA                                266715    ACCT:4447 9601 1220 0074
                              23541-2914    0031    COMM:
--------------------------------------------------------------------------------
PREMIER BANKCARD/CHARTER                  446.95    Unsecured
P O BOX 2208                           INT:   .00%
VACAVILLE CA                              096874    ACCT:5178-0073-9607-2522
                              95696-0000    0020    COMM:
--------------------------------------------------------------------------------
REBECCA A LEIGH ESQ                          .00    NOTICES ONLY
LAW OFFICES OF REBECCA A LEIGH         INT:   .00%  NOT FILED
301 S GREENE STREET STE 201               087615    ACCT:
GREENSBORO NC                 27401-0000    0033    COMM:
--------------------------------------------------------------------------------
STATE EMPLOYEES CREDIT UNION                 .00    Unsecured
900 WADE AVENUE                        INT:   .00%  NOT FILED
RALEIGH NC                                043289    ACCT:48
                              27605-0000    0021    COMM:
--------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR            AMOUNT     CLASSIFICATION
------------------------------------------------------------------------------
SUMMER MEADOW HOA INC                    20.00     CONTINUING DEBT
% GUNTER & FLOWERS PLLC            INT:   .00%
123 GLENWOOD AVENUE                     122566     ACCT:LT 293 SUMMER MEADOW
RALEIGH NC                    27603-0000   0003    COMM:HOMEOWNERS DUES
------------------------------------------------------------------------------
SUMMER MEADOW HOA INC                 1,974.67     ARREARS-MORTGAGES/MOBILE HOME
% GUNTER & FLOWERS PLLC            INT:   .00%
123 GLENWOOD AVENUE                     122566     ACCT:LT 293 SUMMER MEADOW
RALEIGH NC                    27603-0000   0027    COMM:ARREARS/HOA
------------------------------------------------------------------------------
U S ATTORNEY                               .00     NOTICES ONLY
MIDDLE DISTRICT                    INT:   .00%     NOT FILED
P O BOX 1858                            060968     ACCT:REP:IRS
GREENSBORO NC                 27402-0000   0010    COMM:REP:IRS
------------------------------------------------------------------------------
VERIZON NC                                 .00     Unsecured
236 E TOWN ST # 170                INT:   .00%     NOT FILED
COLUMBUS OH                             354147     ACCT:
                              43215-0000   0022    COMM:
------------------------------------------------------------------------------
VERIZON SOUTH INC                       998.36     Unsecured
AFNI/VERIZON                       INT:   .00%
404 BROCK DRIVE                         185537     ACCT:9196828403
BLOOMINGTON IL                61701-0000   0023    COMM:
------------------------------------------------------------------------------
WELLS FARGO BANK N A                    415.15     CONTINUING DEBT
WELLS FARGO H M MAC X-7801-014     INT:   .00%
3476 STATEVIEW BLVD                     102343     ACCT:708-0153645486/REG P
FORT MILL SC                  29715-0000   0005    COMM:2ND DEED/TRUST (RES)
------------------------------------------------------------------------------
WELLS FARGO BANK N A                  5,600.56     ARREARS-MORTGAGES/MOBILE HOME
WELLS FARGO H M MAC X-7801-014     INT:   .00%
3476 STATEVIEW BLVD                     102343     ACCT:708-0153645486/ARRES
FORT MILL SC                  29715-0000   0029    COMM:ARREARS/2ND D/T(RES)
------------------------------------------------------------------------------
WESTLAKE FINANCIAL SERVICES           3,300.00     VEHICLE
4751 WILSHIRE BLVD #100            INT:  9.50%
LOS ANGELES CA                          050641     ACCT:281991
                              90010-0000   0006    COMM:96 HONDA ACCORD
------------------------------------------------------------------------------
WESTLAKE FINANCIAL SERVICES           2,627.00     Unsecured
4751 WILSHIRE BLVD #100            INT:   .00%
LOS ANGELES CA                          050641     ACCT:281991
                              90010-0000   2006    COMM:Split Claim
------------------------------------------------------------------------------
TOTAL                                57,530.99
------------------------------------------------------------------------------
JOHN T ORCUTT                              .00     ATTORNEY
6616-203 SIX FORKS ROAD
RALEIGH NC
                              27615-0000
------------------------------------------------------------------------------
```

```
                            RICHARD M HUTSON II
                            P O BOX 3613
                            DURHAM NC
                                        27702-3613
```

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, US Bankruptcy Court
> 101 S. Edgeworth Street
> PO Box 26100
> Greensboro, NC 27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

OFFICE OF THE CHAPTER 13 TRUSTEE

Date: 04/30/2008    By: /S/ Brenda Nelms
                        Clerk
                        Chapter 13 Office
                        PO Box 3613
                        Durham, NC 27702-3613

cc:  Debtor(s)
     Attorney for Debtor(s)