C-13-15(a) Motion
(Rev 10/06)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  Reginal Karl Warren            )        **Motion and Notice**
        Nichole Rogers Warren          )        **Chapter 13**
                                       )
                                       )        No. B-07-81414 C-13D
                    Debtor(s)          )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

EMC Mortgage Corporation filed Trustee's Claim No. 2 which was allowed as a secured long-term continuing debt. The Trustee has been notified by the creditor that the monthly principal and interest payment has been changed to $1,098.21 effective August, 2009.

The Standing Trustee respectfully recommends to the Court that an Order be entered providing a monthly payment to EMC Mortgage Corporation of $1,098.21 effective August, 2009.


Date:  July 15, 2009                                  s/Richard M. Hutson, II
       ltp                                            Standing Trustee
-------------------------------------------------------------------------------------------------------------------------------------

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before August 17, 2009, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on August 27, 2009, at 11:00 a.m., in the following location:

*Courtroom, First Floor*
*Durham Centre Building*
*300 West Morgan Street*
*Durham, NC 27701*

Date:  July 15, 2009                                  OFFICE OF THE CLERK
                                                      U.S. Bankruptcy Court

Reginal Karl Warren
Nichole Rogers Warren
602 Weeping Willow Drive
Durham, NC 27704

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

EMC Mortgage Corporation
Post Office Box 293150
Lewisville, TX 75029-315