C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In Re: Reginald Karl Warren )
      Nichole Rogers Warren )
       )
       )   No. B-07-81414 C-13D
      Debtor(s) )

## ORDER

      This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to amend the claim of EMC Mortgage (Claim number 2) to provide for monthly payments in the amount of $1,011.12 effective February, 2010 and there being no filed objection to the Motion within the time period set forth in the Notice issued on January 6, 2010 by the Clerk of Court setting February 6, 2010 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

      ORDERED that the claim of EMC Mortgage (Claim number 2) is amended to provide for monthly payments in the amount of $1,011.12 effective February, 2010.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-07-81414 C-13D**

Reginald Karl Warren
602 Weeping Willow Drive
Durham, NC 27704

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
Post Office Box 3613
Durham, NC 27702

EMC Mortgage Corporation
Post Office Box 293150
Lewisville, TX 75029-3150